No. 01–6026.  JEFFERS v. CHANDLER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 01–6027.  JEMMERISON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–6030.  JONES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–6037.  WELLONS v. TURPIN, WARDEN.  Sup. Ct. Ga. Certiorari denied.

No. 01–6040.  SMOOT v. UNITED TRANSPORTATION UNION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–6043.  WARE v. CALIFORNIA BOARD OF PRISON TERMS AND PAROLES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–6044.  WILSON v. MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–6048.  BROWN v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 01–6049.  RUDD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–6050.  MITCHELL v. HOUSTON HOUSING & URBAN DEVELOPMENT ET AL.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 01–6051.  SCHIEBLE v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–6052.  WILSON v. KELLER.  Ct. App. Ga.  Certiorari denied.

No. 01–6056.  WILLIAMS v. ILLINOIS DEPARTMENT OF CORRECTIONS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–6057.  THOMASON v. THOMASON.  Sup. Ct. Wash.  Certiorari denied.